# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>ZILCH PLUMBING, LLC, a Limited Liability Company, <br><br>　　　　　　　Defendant. | No. 08 C 935 <br><br> Judge Zagel <br><br> Magistrate Judge Cole |

## NOTICE OF MOTION

**TO:**  ZILCH PLUMBING, LLC
　　　C/O ITS REGISTERED AGENT, KENNETH ZILCH
　　　19N079 WEST WOODVIEW PARKWAY
　　　HAMPSHIRE, ILLINOIS 60140

**PLEASE TAKE NOTICE** that on **May 13, 2008 at 10:15 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Zagel**, in the Courtroom **2503** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

　　　　　　　　　　　　　　　　　BOARD OF TRUSTEES OF THE LOCAL
　　　　　　　　　　　　　　　　　UNION NO. 422, U.A. OF JOLIET,
　　　　　　　　　　　　　　　　　ILLINOIS PENSION FUND, et. al.


　　　　　　　　　　　　　　　　　s/ Donald D. Schwartz
　　　　　　　　　　　　　　　　　One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 2, 2008

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 12th day of February 2008, at or before the hour of 5:00 p.m.

ZILCH PLUMBING, LLC
C/O ITS REGISTERED AGENT, KENNETH ZILCH
19N079 WEST WOODVIEW PARKWAY
HAMPSHIRE, ILLINOIS 60140

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 2, 2008