UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Board of Trustees of the Local Union No. 422 U.A. of
Joliet, Illinois Pension Fund, et al.

          Plaintiff,

v.     Case No.: 1:08−cv−00935

    Honorable James B. Zagel

Zilch Plumbing, LLC

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable James B. Zagel: Motion hearing held on 5/13/2008 MOTION by Plaintiffs Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Welfare Fund for order of Default and Audit [6] is granted. Default is entered pursuant to FRCvP 54(a). Audit ordered. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.