Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 935 | **DATE** | 5/13/2008 |
| **CASE TITLE** | LOCAL UNION 422, ET AL vs. ZILCH PLUMBING, LLC | | |

**DOCKET ENTRY TEXT**

Enter Order for default pursuant to FRCvP 54(a) and for audit.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|