# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No. 08 C 935
ILLINOIS WELFARE FUND, )
                              ) Judge Zagel
           Plaintiffs, )
                              ) Magistrate Judge Cole
     v. )
                              )
ZILCH PLUMBING, LLC, a Limited )
Liability Company, )
                              )
           Defendant. )

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

     A.     The Complaint was filed herein on February 14, 2008.

     B.     Process has been served upon Defendant, ZILCH PLUMBING, LLC.

     C.     Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

     1.     Defendant, ZILCH PLUMBING, LLC is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

     2.     Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from October 8, 2007 through the present.

     3.     Defendant is ordered to produce the following records beginning as of October 8, 2007 through the present for examination by Plaintiffs' auditor:

     A.     All cash disbursement journals;

B.    All individual payroll records;

C.    All time records which are the basis of the above-mentioned individual payroll records;

D.    All State unemployment tax returns as requested by the Trustees;

E.    All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED: 13 May 2008

ENTER:

HONORABLE JUDGE ZAGEL

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415